IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SOUTHERN EQUIPMENT & SERVICES, LLC, AND SOUTHERN EQUIPMENT AND SERVICES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WINDAMIR DEVELOPMENT, INC.,<br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*   CV 422-047<br>*<br>*<br>*<br>*<br>* |

**O R D E R**

On March 2, 2025, the Court granted Plaintiff's motion to strike Windamir Development, Inc.'s ("Windamir") counter claims and found Windamir in default as to Count I of Plaintiff's complaint. (Doc. 51.) The Court also cancelled the trial previously scheduled in this matter because Windamir is in default on the only remaining claim.

Since there are no active claims remaining, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action.[1] See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736, at *3 n.7 (S.D. Ga. June 9, 2008).

---

[1] Administratively closing the case does not prejudice the rights of the Parties. It is a docket control device used by the Court for statistical purposes.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of March, 2025.

_/s/ J. Randal Hall_
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

**ORDER ENTERED** at Augusta, Georgia, this 31st day of March, 2025.

_/s/ J. Randal Hall_
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA